IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DONALD R. COOPER, JR.** | * | |
| **Plaintiff** | * | CIVIL ACTION |
| v. | * | |
| | | NO. 1:09-CV-00346 AMD |
| **UNITED AUTO CREDIT CORPORATION** | * | |
| **Defendant** | * | |

* * * * * * * * *

### AMENDED NOTICE OF REMOVAL

Defendant, United Auto Credit Corporation ("UACC"), by and through its undersigned counsel hereby represent that this case is properly removable, pursuant to 28 U.S.C. § 1441, 1446:

1. This Court has original jurisdiction over this case pursuant to 28 U.S.C. §1332, including but not limited to §1332 (d) which provides for jurisdiction for diversity of citizenship in a class action.

2. On January 15, 2009, Plaintiff filed a class action suit against UACC in the Circuit Court for Baltimore County Maryland, Case Number 03-C-09000477. Plaintiff served UACC on January 16, 2009.

3. Filed herewith as Exhibit 1 are true and accurate copies of all process, pleadings, and orders served upon UACC in the state court action.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(d).

5. This Complaint is a class action complaint.



1

6. According to the Complaint, Plaintiff is a Maryland resident. [Complaint at ¶7.]

7. UACC, the primary, and only, defendant in this case is not a citizen of Maryland but is a citizen of California. Pursuant to 28 USC § 1332(c), a corporation's citizenship is determined by the site of its principal place of business and state of incorporation. UACC is incorporated in and has its principal place of business in California. [Complaint at ¶8.]

8. Plaintiff did not state the amount of damages claimed in his Complaint. As determined from a review of UACC's books and records, based on Plaintiff's stated class parameters, the amount in controversy exceeds $5,000,000. See Affidavit of Greg Brawley, Exhibit 2 hereto.

9. On February 13, 2009, UACC timely filed its Notice of Removal, citing as grounds diversity of citizenship under 28 U.S.C. §1332, thereby effecting removal. The original Notice of Removal referenced 28 U.S.C. §1332(a)(2). Title 28 U.S.C. §1332(d) governs this Court's original jurisdiction with respect to diversity-based removal of class actions. This Amended Notice clarifies that the basis of this Court's original jurisdiction is 28 U.S.C. §1332(d) and removal is proper under 28 U.S.C. §§1441 and 1446.

7. Pursuant to 28 U.S.C. §1446, there shall be no further proceedings in the State Court unless and until this case is remanded. This court may decline jurisdiction in its discretion under 28 U.S.C. § 1332 (d)(3), given certain circumstances; but those circumstances are not present in this case.

**WHEREFORE,** Defendant United Auto Credit Corporation respectfully requests that the action referenced in Paragraph 2 hereto be and remain removed to this Court.

                                  /s/
_____
James A. Johnson (Fed. Bar No. 02293)
Teresa M. Kelly (Fed. Bar No. 09034)
Semmes, Bowen & Semmes, P.C.
25 South Charles Street
Baltimore, Maryland 21201
(410) 539-5040

Attorneys for Defendant United Auto Credit Corporation

B0883681.DOC